NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RENATA M. LACHIEWICZ,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3052

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-10-0490-I-1.

---

**ON MOTION**

---

**O R D E R**

Renata M. Lachiewicz moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                LACHIEWICZ v. MSPB

                                              FOR THE COURT

                                              /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court

s24